UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT G. FOSTER,<br><br>                Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br> of the Social Security Administration,<br><br>                Defendant. | 1:06-cv-534-SEB-JMS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Robert G. Foster is not entitled to Supplemental Security Income and Disability Insurance Benefits based on his applications filed on June 27, 2002, is **AFFIRMED.**

Date: 05/24/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Joseph W. Shull
jshull@pngusa.net